UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No.: 00-1498 (DDA/FLN)

---

Trustees of the Graphic Communications Local 1M Health and Welfare Funds,

Plaintiffs,

v.

STIPULATION AND ORDER

Spectrum, Inc.,

Defendant.

---

Plaintiffs Trustees of the Graphic Communications Local 1M Health and Welfare Funds and Defendant Spectrum, Inc., by and through their respective counsel, agree and stipulate that the Defendant Spectrum, Inc. shall have until September 11, 2000 to file and serve its Answer or otherwise respond to the Complaint.

The reason for this second stipulation is that the parties are actively engaged in settlement discussions.

Dated: August 21, 2000

Felhaber, Larson, Fenlon & Vogt, P.A.

Ruth S. Marcott

Ruth S. Marcott #17?825
Attorney for Plaintiffs
601 Second Avenue South
Suite 4200
Minneapolis, MN 5540?-4302
(612)339-6321

FILED 8/24/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: August 21, 2000

Altman & Izek

Douglas B. Altman #13854X
Attorney for Defendant
1600 Foshay Tower
821 Marquette
Minneapolis, MN 55402
(612)335-3700

IT IS SO ORDERED.

Dated: Aug. 24, 2000

BY THE COURT:

United States Magistrate Judge