**UNITED STATES DISTRICT COURT**
**FOURTH DISTRICT OF MINNESOTA**

---

Trustees of the Graphic Communications International Union Upper Midwest Local 1-M Health and Welfare Fund,

Plaintiffs,

vs.

Spectrum, Inc.,

Defendant.

Court File No. 00-1498 (DDA/FLN)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel, that Plaintiff's action against Defendant may be and is hereby dismissed with prejudice and without costs to any of the parties to this action.

Dated: 9/26/00, 2000

ALTMAN & IZEK

By: [signature]
Douglas B. Altman, # 13854X
1600 Foshay Tower
821 Marquette Avenue
Minneapolis, MN 55402-2919
612-335-3700

ATTORNEYS FOR DEFENDANT

FILED OCT 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: Oct. 2, 2000

FELHABER, LARSON, FENLON & VOGT, P.A.

By: Ruth S. Marcott

Ruth S. Marcott, #176825
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402
Telephone: (612) 373-8435

ATTORNEYS FOR PLAINTIFF

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE.

Dated: October 4, 2000

BY THE COURT

Franklin L. Noel
~~Magistrate Judge~~